JODI LINKER (Bar No. 230273)
Federal Public Defender
Northern District of California
JOYCE LEAVITT (Bar No. 141935)
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone: (510) 637-3500
Cellular telephone: (415) 517-4879
Email: Joyce_Leavitt@fd.org

Counsel for Defendant ALI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>YUSUF ALI,<br>Defendant. | **Case No.:** CR 4:25–00241 AMO (ASK)<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE TO ALLOW TRAVEL TO THE EASTERN DISTRICT OF MICHIGAN WITHOUT THE PRIOR APPROVAL OF PRETRIAL SERVICES** |

IT IS HEREBY STIPULATED, by and between the parties that the conditions of pretrial release for defendant Yusuf Ali may be modified to expand his permissible travel to include the Eastern District of Michigan so that Mr. Ali will be able to visit his mother who resides in Detroit, Michigan, without the prior approval of his pretrial services officer. Currently, Mr. Ali's travel is restricted to the Southern District of Ohio and Northern District of California without the prior approval of his pretrial services officer. Mr. Ali is asking that he be permitted to travel to the Eastern District of Michigan without the prior approval of his pretrial services officer so that he can visit his

mother without advance notice being required. The nature of Mr. Ali's work schedule is such that it is difficult to plan far enough in advance to get prior approval from pretrial services. Instead, when Mr. Ali is able to leave work early on a Friday afternoon, it is usually an impromptu decision to take his children to see their grandmother for the weekend. At that point it is generally too late to get the necessary approval.

United States Pretrial Services Officer Dennis McCafferty supervises Mr. Ali in the Southern District of Ohio and does not object to Mr. Ali's conditions of release being modified to allow him to travel to the Eastern District of Michigan without prior authorization to visit his mother. United States Pretrial Services Officer Allyse Johnson is the assigned officer in this district, and she also has no objection to the proposed modification. Mr. Ali has been on pretrial supervision since his initial appearance in the Southern District of Ohio on August 13, 2025, and been in full compliance with his conditions of release since that time. All other conditions of pretrial release would remain the same.

IT IS SO STIPULATED.

Dated: September 2, 2026

JODI LINKER
Federal Public Defender
Northern District of California

/S/
JOYCE LEAVITT
Assistant Federal Public Defender

Dated: September 2, 2026

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

/S/
EVAN MATEER
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>YUSUF ALI,<br>Defendant. | **Case No.:** CR 4:25–00241 AMO (ASK)<br>**[PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE TO ALLOW TRAVEL TO THE EASTERN DISTRICT OF MICHIGAN WITHOUT THE PRIOR APPROVAL OF PRETRIAL SERVICES** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of release for defendant Yusuf Ali are hereby modified to expand his permissible travel to include the Eastern District of Michigan to facilitate Mr. Ali's ability to travel to that district to visit his mother in Detroit, Michigan, without the prior approval of his pretrial services officer.

All other conditions of pretrial release shall remain the same.

**IT IS SO ORDERED.**

Dated: ______________

______________________________
HON. AJAY S. KRISHNAN
United States Magistrate Judge